**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**(HOUSTON)**

--------------------------------------------------------
                                                        )          Chapter 11
                                                        )
In re:                                                  )
                                                        )
Serente Spa, LLC                                        )          Case Number: 19-35078
                                                        )          Judge: Jeffrey P Norman
          Debtor.                                       )
                                                        )
--------------------------------------------------------

**REQUEST OF DL GLOBAL, LTD.**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(G)**

Please take notice that DL Global, Ltd., a creditor in the above captioned case, requests,

pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and sections 102(I), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§

101, *et seq.* (as amended, the Bankruptcy Code") that all notices given or required to be given and

all papers served or required to be served in this case be also given to the served, whether

electronically or otherwise, on:

DL Global, Ltd.
c/o Thomas J. Kokolis
110 North Washington Street, Suite 500
Rockville, MD 20850
Telephone: 301-656-5775
Facsimile: 301-656-7834
Email: tj@pskfirm.com

By: /s/Thomas J. Kokolis_____
Thomas J. Kokolis, Esq.
110 N. Washington Street, Suite 500
Rockville MD 20850
*Limited Participant Counsel for*
*DL Global, Ltd.*